IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALVIN PIERRE PHILLIPS, # 155687, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-CV-383-WKW |
| | ) | [WO] |
| GOVERNOR KAY IVEY, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

On June 6, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 5.) After an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

(1) The Magistrate Judge's Recommendation (Doc. # 5) is ADOPTED; and

(2) Petitioner Alvin Pierre Phillips's 28 U.S.C. § 1361 petition for writ of mandamus is DISMISSED with prejudice.

Final judgment will be entered separately.

DONE this 27th day of June, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE